THOMAS DAVIS, Bar No. 202382
Email Address: tdavis@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

Attorneys for Plaintiffs, CARPENTERS
SOUTHWEST ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR THE CARPENTERS
SOUTHWEST TRUSTS

ROBERT D. VOGEL (SBN 063091)
CHRISTOPHER A. GELPI (SBN 288443)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
VogelR@jacksonlewis.com
Christopher.Gelpi@jacksonlewis.com

Attorneys for Defendants
SABER INDUSTRIES INCORPORATED,
JOSHUA ROBERT ZOLLER and RICHARD LEE SLADE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br>v.<br><br>SABER INDUSTRIES INCORPORATED, a California corporation, also doing business as SABER INDUSTRIES INC.; JOSHUA ROBERT ZOLLER, also known as JOSHUA ZOLLER, an individual; RICHARD LEE SLADE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.<br>2:17-cv-07837-JFW-GJS<br><br><br>ORDER TO DISMISS, WITH PREJUDICE, PLAINTIFFS' COMPLAINT<br><br><br>Before The Honorable<br>John F. Walter |

**O R D E R**

**GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED** that, as to the Plaintiffs' complaint filed on October 26, 2017, the Complaint is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: September 28, 2018

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE